871 A.2d 88

IN THE MATTER OF MERRI R. LANE, AN ATTORNEY
AT LAW (ATTORNEY NO. 012101982).

April 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–335, concluding that **MERRI R. LANE** of **CHERRY HILL**, who was admitted to the bar of this State in 1982, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate, with client), *RPC* 1.4(b)(failure to keep client reasonably informed about status of matter), *RPC* 1.16(d)(on termination of representation, failure to return unearned portion of retainer), *RPC* 8.1(b)(failure to cooperate with ethics authorities), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *Rule* 1:21–6(improper use of signature stamp on trust account check), and good cause appearing;

It is ORDERED that **MERRI R. LANE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.